No. 376. JOHN J. MITCHELL ET AL., EXECUTORS, *v.* UNITED STATES. October 24, 1927. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. Milward W. Martin* and *A. L. Humes* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Alexander H. McCormick* for the United States.

---

No. 384. HOWARD MOORE *v.* CITY OF NAMPA. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. George L. Nye* for petitioner. *Mr. Leon M. Fisk* for respondent.

---

No. 403. JERRY R. McCOY *v.* A. S. J. SHAW, STATE AUDITOR, ET AL. October 31, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma granted. *Messrs. Robert M. Rainey* and *Streeter B. Flynn* for petitioner. *Mr. Edwin Dabney* for respondents.

---

No. 424. EDWARD E. JENKINS, RECEIVER, *v.* NATIONAL SURETY COMPANY. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. E. M. Bagley, John Jensen* and *Harold M. Stephens* for petitioners. *Messrs. Ray VanCott* and *Bynum E. Hinton* for respondent.

---

No. 425. MIDLAND NATIONAL BANK OF MINNEAPOLIS *v.* DAKOTA LIFE INSURANCE COMPANY. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Andreas Ueland* for petitioner. *Mr. John B. Hanten* for respondent.